# United States District Court

### WESTERN DISTRICT OF WASHINGTON

MYRON G. BRANDON

v.

SCOTT FRAKES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5687RBL/KLS

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The petition (Dkt. 1) is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.**

_____November 1, 2010_____
Date

_____WILLIAM M. McCOOL_____
Clerk

_____*s/CM Gonzalez*_____
Deputy Clerk